No. 10-1088. **Deborah Hinton-Lynch, Petitioner v. Chesare Horton.**

563 U.S. 988, 131 S. Ct. 2447, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3766.

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

Same case below, 302 Ga. App. 597, 692 S.E.2d 34.

No. 10-1096. **Margaret Zavalidroga, et vir, Petitioners v. Joseph Cote, et al.**

563 U.S. 988, 131 S. Ct. 2448, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3656.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 395 Fed. Appx. 737.

No. 10-1100. **Jacob Doe, a Minor, by His Parents and Next Friends James Doe, et ux., et al., Petitioners v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.**

563 U.S. 988, 131 S. Ct. 2448, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3712.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 596 F.3d 1036.

No. 10-1110. **Nathan D. Crisp, Petitioner v. Diane E. Bessen, Judge, State Court of Georgia, Fulton County.**

563 U.S. 988, 131 S. Ct. 2449, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3798.

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

No. 10-1122. **Jeff Tamraz, et ux., Petitioners v. Lincoln Electric Company, et al.**

563 U.S. 988, 131 S. Ct. 2454, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3629.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 620 F.3d 665.

No. 10-1123. **Elizabeth Sams Tuetken, Petitioner v. Lance Edward Tuetken.**

563 U.S. 988, 131 S. Ct. 2454, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3645.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Tennessee, Western Division, denied.

Same case below, 320 S.W.3d 262.

No. 10-1125. **Daniel Guggenheim, et al., Petitioners v. City of Goleta, California.**

563 U.S. 988, 131 S. Ct. 2455, 179 L. Ed. 2d 1210, 2011 U.S. LEXIS 3653.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 638 F.3d 1111.